# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| | | | |
|---|---|---|---|
| Before the Honorable Kirtan Khalsa | | | |
| Preliminary/Detention Hearing | | | |
| Case Number: | 21mj170 KK | UNITED STATES vs. Cisneros | |
| Hearing Date: | 2/8/2021 | Time In and Out: | 11:04-12:12 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | ABQ Zoom |
| Defendant: | Joe D. Cisneros | Defendant's Counsel: | Joe Romero, Jr. |
| AUSA: | Rumaldo Armijo | Pretrial/Probation: | S. Day |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds probable cause     ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant will remain in custody
- ☐ Conditions

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☒ Court calls case; counsel enter their appearances; government calls United States Air Force security forces installation patrolman B. Santiago-Pagan, sworn, direct; defense cross examination; witness excused; government closing, requests complaint be amended by interlineation; defense objects; court grants request; complaint amended to include 18:111 a and b; defense closing; court finds probable cause; government requests detention; defense requests release; defendant detained; court to set hearing to review conditions of release for early next week; court in recess.