# CLERK'S MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa, United States Magistrate Judge

Bail/Bond Review Hearing

| | | | |
|---|---|---|---|
| Case Number: | 21mj170 KK | UNITED STATES vs. Cisneros | |
| Hearing Date: | 2/16/2021 | Time In and Out: | 2:40-2:48 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | ABQ Zoom |
| Defendant: | Joe D. Cisneros | Defendant's Counsel: | Joe Romero, Jr. |
| AUSA: | Rumaldo Armijo | Pretrial/Probation: | A. Carter |
| Interpreter: | N/A | Witness: | |

## Proceedings

Court calls case; counsel enter their appearances; court addresses counsel; defense counsel responds, does not have anything new to add, does not object to pretrial services recommendation; court addresses pretrial services officer; pretrial services officer responds; court grants placement at PACE Residential Treatment Program through the Veterans Affairs; government responds, requests court order defendant comply with conditions of the program in addition to all other imposed conditions; court in recess.

## Custody Status

- ☐ Defendant
- ☒ Conditions of release imposed

## Other Ruling

- ☐